EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
CHRISTEN A. SPROULE (Cal. Bar Pending)
Assistant United States Attorney
Asset Forfeiture Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-4493
    Facsimile:  (213) 894-7177
    E-mail:    Christen.A.Sproule@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>$63,897.08 SEIZED FROM BANK OF AMERICA ACCT. NO. '9404, ET AL.<br><br>        Defendants,<br>_____<br><br>LARRY SOMUYIWA,<br><br>EASY CHOICE MOTORS, INC.,<br><br>IREDIA JOE EKUKPE AKA JOE IREDIA EKUKPE.<br><br><br>        Claimants. | No. CV15-07753-MRW<br><br>CONSENT JUDGMENT AS TO CLAIMANTS LARRY SOMUYIWA AND EASY CHOICE MOTORS, INC. ONLY |

This action was filed on October 2, 2016 against the defendants $63,897.08 seized from Bank of America account no. '9404 ("defendant funds"). Larry Somuyiwa and Easychoice Motors, Inc., ("claimants") from whom the defendant funds were seized, filed a claim and an answer on December 3, 2015. Iredia Joe Ekukpe a/k/a Joe Iredia Ekukpa filed a claim and an answer on November 10, 2015 for $20,735.74 seized from JP Morgan Chase account no '5538 and $1,470.34 seized from JP Morgan Chase account no. '6865. No other claims or answers have been filed as to the defendant funds, and the time for filing such statements of interest and answers has expired. Plaintiff United States of America and the claimants have reached an agreement that is dispositive of the action, and have requested that this consent judgment be entered as to these defendant funds and claimants only. Nothing in this consent judgment is intended or should be interpreted as an admission of wrongdoing by the claimants.

WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:

A.   This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355 and over the parties hereto.

B.   The Complaint for Forfeiture states a claim for relief pursuant to 18 U.S.C. § 981(a)(1)(A) and (C) and 18 U.S.C. § 984.

C.   Notice of this action has been given and published in accordance with law. Other than those noted above, no one other than claimants has filed a claim or answer and the time for filing claims and answers have expired. The allegations set out in the complaint are sufficient to establish a basis for forfeiture.

D.   $53,897.08 of the defendant currency shall be forfeited to the United States of America, and no other right, title, or interest shall exist therein. The government shall dispose of the forfeited property according to law.

E.   $10,000.00 of the defendant funds shall be paid to Larry Somuyiwa and Easychoice Motors, Inc. through their attorney, William D. Johnson, Johnson & Associates, 350 S. Figueroa Street, Suite 190, Los Angeles, CA 90071.

F.  The funds to be returned to the claimants shall, at the government's option, be returned by either check or wire transfer within 60 days of the date this Judgment is entered.  If the United States elects to make the payment by check, the check will be payable to "The Johnson & Associates client trust account," and mailed to Larry Somuyiwa and Easychoice Motors, Inc., in care of their attorney, William D. Johnson, Johnson & Associates, 350 S. Figueroa Street, Suite 190, Los Angeles, CA  90071.  If the United States elects to make the payment by wire transfer, the funds will be wire transferred to a bank account designated by the claimants.  The claimants agree to provide the necessary bank account information and personal identifiers upon request from the United States.

G.  The claimants have released the United States of America, its agencies, agents, and officers, including employees and agents of the Federal Bureau of Investigations, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney's fees, costs or interest which may be asserted on their behalf, whether pursuant to 28 U.S.C. § 2465 or otherwise.

H.  The Court finds that there was reasonable cause for the institution of these proceedings.  This Judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

Dated: March 14, 2016

_____
THE HONORABLE MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE